[No. 34170-4-III. Division Three. March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENZ RAY HAMPTON HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 15-1-00775-3, David G. Estudillo, J., entered February 23, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 69993-8-I. Division One. April 3, 2017.]

*In the Matter of the Detention of* DONALD HERRICK.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HERRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-2-00981-1, Alan R. Hancock, J., entered February 11, 2013. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Dwyer and Mann, JJ.

[Nos. 73066-5-I; 73861-5-I. Division One. April 3, 2017.]

McCLINCY BROTHERS FLOOR COVERING, INC., *Appellant*, v. COLLIN CARPENTER ET AL., *Respondents*.

COLLIN CARPENTER ET AL., *Respondents*, v. TIMOTHY McCLINCY ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 13-2-03051-9, Barbara Linde, J., entered February 10, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Trickey, A.C.J., concurred in by Leach and Mann, JJ.